**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | | |
|---|---|---|
| **FELICIA SCROGGINS** | § | **CIVIL ACTION NO.: 5:23-cv-01549** |
| | § | |
| **VERSUS** | § | **JUDGE TERRY A. DOUGHTY** |
| | § | |
| **CITY OF SHREVEPORT** | § | **MAGISTRATE JUDGE HORNSBY** |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes Defendant, the CITY OF SHREVEPORT, which, pursuant to Fed. R. Civ. P. 56, respectfully moves for summary judgment on all claims brought against it by Plaintiff, FELICIA SCROGGINS. As set forth in the Memorandum, Statement of Undisputed Facts, and evidentiary exhibits filed contemporaneously herewith, there is no genuine issue of material fact, Plaintiff cannot produce evidence to establish any viable claims for relief, and Defendant is entitled to judgment as a matter of law.

WHEREFORE, DEFENDANT, THE CITY OF SHREVEPORT, PRAYS that its Motion for Summary Judgment be granted, and that all of Plaintiff's claims be dismissed, with prejudice, and at Plaintiff's cost.

Respectfully submitted,

PETTIETTE, ARMAND, DUNKELMAN,
WOODLEY & CROMWELL, L.L.P.

By: /s/ Joseph S. Woodley
Joseph S. Woodley, Bar #19228
Marshall L. Perkins, Bar #36979
400 Texas Street, Suite 400 (71101)
Post Office Box 1786
Shreveport, Louisiana 71166-1786
(318) 221-1800 Telephone
(318) 226-0390 Facsimile
E-mail: jwoodley@padwbc.com
E-mail: mperkins@padwbc.com
ATTORNEYS FOR DEFENDANT,
THE CITY OF SHREVEPORT

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | | |
|---|---|---|
| **FELICIA SCROGGINS** | § | **CIVIL ACTION NO.: 5:23-cv-01549** |
| | § | |
| **VERSUS** | § | **JUDGE TERRY A. DOUGHTY** |
| | § | |
| **CITY OF SHREVEPORT** | § | **MAGISTRATE JUDGE HORNSBY** |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing Motion for Summary Judgment was electronically filed with the Clerk of Court using the Court's CM/ECF System. Notice of this filing has been served on all counsel of record by operation of the Court's electronic filing CM/ECT System and by mail, properly addressed, with requisite postage affixed thereon, and placed in the United States mail to the last known address of the *pro se* Plaintiff:

Felicia Scroggins
9314 Sandalwood Drive
Shreveport, Louisiana 71118

Signed in Shreveport, Louisiana, on this 27th day of January 2025.

/s/ Joseph S. Woodley
OF COUNSEL