# PRE-DISCIPLINARY ACTION CONFERENCE

| | | | |
|---|---|---|---|
| Date | January 19, 2023 | | Suppression |

| | |
|---|---|
| Employee's Name | Felicia Scroggins |
| Job Title | Fire Engineer |

| | |
|---|---|
| 1. Charges | Below write the action(s) with which the employee is charged. Specify dates, times, and any other pertinent information. Attach additional sheets if needed. |
| | LA R.S. 33:2500 A. (1) Unwillingness or failure to perform the duties of his position in a satisfactory manner. |
| 2. Evidence | Below list or explain the nature of the evidence the department has to support the charges. Attach additional sheets if needed. |
| | On Friday, December 2, 2022, you received a Notice of Formal Investigation from the Shreveport Fire Department. Refer to Notice of Pre-disciplinary conference letter for further details on possible violations. |



EXHIBIT
tabbies®
2

| | |
|---|---|
| 3. Employee's Side | The employee must be given an opportunity at this conference to state his/her side of the manner. Below, record your understanding of the employee's account. |

Refer to audio recording; Member has no additional comments, member relates that recording is sufficient.

We hereby certify that the above is true and correct, and, that this conference occurred on the 19th day of January, 2023 at 3:00 p.m.

| | |
|---|---|
| Department Head: | Clarence J. Reese Jr.<br>Fire Chief |
| Division Head: | Carolyn Henderson<br>Deputy Fire Chief |
| Supervisor: | Gerald Newson<br>Assistant Chief "C" Shift |
| Personnel Rep.: | Canisha Tisby<br>Human Resources Analyst III |
| City Attorney Rep.: | David Kaplovitz<br>Assistant City Attorney |
| Fire Administration: | Brandon C. Lee<br>Administrative Assistant to Fire Chief |

Employee's signature acknowledges only that he/she has seen this document and has been present at this conference.

Employee:

Note: Copies must be distributed at close of meeting to all parties who sign this document.

# SHREVEPORT FIRE DEPARTMENT
# NOTICE OF FORMAL INVESTIGATION AND/OR INTERROGATION

**The Following Applies to Interrogations**

| | | | |
|---|---|---|---|
| **Name of Officer Conducting Interrogation:** CLARENCE REESE JR | | | |
| **Place where Interrogation Conducted:** 263 N. COMMON ST, SHREVEPORT, LA 71101 | | | |
| **Date/Time Interrogation Began:** | 1/19/2023 3:11PM | **Date/Time Interrogation Ended:** | 1/19/2023 1734 hrs |

**Name of all persons present during this interrogation:**

| | | |
|---|---|---|
| Clarence Reese | David H. Kaplovitz | |
| [illegible signature] | Gerald Newson | |
| Carolyn Henderson | Canisha Tisby | |

**Additional Information/Notes:**

"By signing this portion of the NOFI Investigation and/or Interrogation Form I acknowledge and understand that this interview and any subsequent interviews thereafter may contain sensitive patient information that is protected in accordance with HIPAA (Health Insurance Portability and Accountability Act.) As an employee of the Shreveport Fire Department, I further acknowledge and understand, per Shreveport Fire Department Administrative Procedures, AP 66, that I have a personal obligation to safeguard all patient information and violations of said policy could result in disciplinary action and/or potential legal action. " **(To be signed by the employee being interviewed and those conducting the interview. This is NOT an admission of guilt or wrong doing.)**

| | | |
|---|---|---|
| Felicia Scroggins | | |
| (Print Name) | (Print Name) | (Print Name) |
| [signature] | | |
| (Signature) | (Signature) | (Signature) |