INTER-OFFICE MEMORANDUM
City of Shreveport

**SHREVEPORT FIRE DEPARTMENT**
**ADMINISTRATION**

**PHONE:** 318-673-6655 Fax: 318-673-6656

**DATE:** January 19, 2023

**TO:** **Felicia Scroggins**
**Fire Engineer**

**FROM:** **Clarence Reese, Jr.**
**Fire Chief**

**SUBJECT:** Personnel Action Regarding PDC January 19, 2023

This communication is in reference to the above Pre-Disciplinary Conference (PDC) and the personnel action that is taken as a result.

**Nature of Investigation:**

**§2500. Corrective and disciplinary action for maintaining standards of service**
**A. The tenure of persons who have been regularly and permanently inducted into positions of the classified service shall be during good behavior. However, the appointing authority may remove any employee from the service, or take such disciplinary action as the circumstances warrant in the manner provided below for any one of the following reasons:**
**(1) Unwillingness or failure to perform the duties of his position in a satisfactory manner.**

On December 02, 2022, you received a NOFI related to the unwillingness or failure to perform the duties of his position in a satisfactory manner:

The Shreveport Fire Department Fire Engineer is a critically skilled position that requires years of prior experience and service within the Shreveport Fire Department. The Bona Fide Occupational Qualification (BFOQ) is listed within the job description of Fire Engineer, as defined by the Shreveport Municipal Fire and Police Civil Board (Board).

The Chief of the Fire Department is compelled by his/her own job description as defined by the Board. Maintenance of Standards and the proper administration of all Fire personnel is required by the Chief of Fire.

This investigation began when Louisiana Title 33:2500, A., 1, was applied to the job performance of Fire Engineer Felicia Scroggins. Engineer Scroggins was one of over ten Fire employees on the

EXHIBIT 3

extended sick leave roster. Chief Reese initiated an investigation on seven employees, with the intent of further consideration on the remainder of the sick leave roster. Engineer Scroggins was listed at the top of the extended sick leave list with the highest number of days absent. The initial NOFI was issued on 12/2/2022 in reference to the *"unwillingness or failure to perform the duties of his position in a satisfactory manner"*.

The BFOQ's listed in the Board's job description for Fire Engineer are very clear. They are clearly listed under "General Statement of Duties". We also add that arriving to work at a fire station, physically and mentally being able to wear necessary Firefighting gear, is also a job requirement, or a BFOQ.

From 6/4/2018 to 11/14/2022 Engineer Scroggins has missed several work shifts, while maintaining full compensation as a Fire Engineer:

| **Employee** | **Felicia Scroggins** | | | |
|---|---|---|---|---|
| **Date Off** | **Date Returned** | **Total Calendar Days Off** | **Shifts Absent** | **Hours Absent** |
| 6/4/2018 | 6/6/2018 | 2 | 1 | 24 |
| 6/12/2018 | 7/23/2018 | 41 | 13 | 312 |
| 9/17/2018 | 9/19/2018 | 2 | 1 | 24 |
| 1/15/2019 | 1/21/2019 | 6 | 3 | 72 |
| 2/16/2019 | 3/10/2019 | 22 | 9 | 216 |
| 3/28/2019 | 3/23/2020 | 361 | 118 | 2832 |
| 7/25/2020 | 7/15/2021 | 355 | 118 | 2832 |
| 11/15/2021 | 7/13/2022 | 240 | 79 | 1896 |
| 7/13/2022 | 11/14/2022 | 124 | 42 | 1008 |
| | **TOTALS** | **Missed 1,153 days of 1,779 available days** | **Missed 384 shifts of 594 available shifts** | **Missed 9,216 hours of 14,256 available hours** |

From the first date off in 2018 to the date before the Notice of Formal investigation was produced, Fire Engineer Scroggins has missed 64.6% of work.

Fire Engineer Scroggins has returned to work just prior to the 52 weeks/365-day Civil Service Law requirement under LA R.S. 33:1995 on two occasions. However, the failure to perform her duties as a Fire Engineer was not limited to those incidents. When sick leave is used it requires her co-workers to work out of class or overtime personnel to be called in. This puts an extreme strain on staffing and experienced citizen protection, and continuity of crew integrity.

At the time of this investigation, Engineer Felicia Scroggins is on limited duty, with no return to full duty date as an Engineer. Based on the written documentation sent to me by Dr. Robert Clanton, Engineer Scroggins did not obtain a satisfactory Fit- for-duty examination as prescribed by SFD Administrative Procedure:

*Administrative Procedure NO.7: 4: 4.1*
*"4. Fit for Duty*
*4.1. Members reporting for duty must be able to perform the 14 essential job tasks according to NFPA 1582 and designated functions of their civil service position in a safe, effective, efficient, and productive manner. Should reasonable cause exist to question a member's fitness for duty (e.g., injury, extensive use of sick leave, documented performance deficits, etc.), the member may be temporarily removed, reassigned, or temporarily prohibited from returning to duty until evaluated as ordered by the Fire Chief"*

*Administrative Procedure NO: 7C: J*
*'J. Limited Duty - Assignments that can be performed by a member that has been injured or has an illness that is work-related and covered by Worker's Compensation for short term, i.e., not to exceed 90 days, that would prevent them from performing their normal duties. Limited Duty is not to exceed ninety days, unless otherwise approved by the Fire Chief every thirty days thereafter. For the purposes of this procedure, illness and injury may be used interchangeably"*

During your PDC you mentioned the reasons you have been off and the reasons they will not allow you to perform as a Fire Engineer. You have raised concerns about being triggered while in emergency and non-emergency incidents. During the PDC you did not provide adequate information to substantiate the 64.6% of work missed and failure to fill the Bona Fide Occupational Qualification (BFOQ) listed within the job description of Fire Engineer, as defined by the Shreveport Municipal Fire and Police Civil Board (Board).

I will sustain the charges related to LA R.S. 33:2500, A.,1

**For this infraction, your employment with the Shreveport Fire Department is terminated effective January 19, 2023. You will be out processed in payroll and will receive your final check on January 31, 2023. Any questions concerning your final check can be answered by calling Mrs. Faison Autry at 673-6661.**

**You are hereby advised that in accordance with local Municipal Fire and Police Civil Service Board Policy:**

*Any regular employee in the classified service who feels that he has been discharged or subjected to any corrective or disciplinary action without just cause, may, within fifteen (15) days after receipt of the personnel action documentation, demanding in writing a hearing and investigation by the board to determine the reasonableness of the action. The board shall grant the employee hearing and investigation within thirty (30) days, after receipt of written request.*

Clarence J. Reese, Jr.
Fire Chief

**Hand Delivered**

Provided to Felicia Scroggins on 1/19/2023 @ 5:30pm