| FIRE DEPARTMENT ADMINISTRATIVE PROCEDURE | | | City of Shreveport | |
|---|---|---|---|---|
| Issued by: | Distribution: | Effective Date: | Revised: | No. |
| Edwin S. Wolverton, Fire Chief | All Personnel | April 8, 2008 | 09/16/2021 | 7 |
| Subject: | Sick Leave and Family Medical Leave Act (FMLA) | | | |
| Review: April | | | | |

1. **Purpose and Scope**

*1.1.* To establish a clear and easily understood policy as it relates to civil service members who are unable to perform their duty due to illness or injury. To establish policy as it relates to members being fit for duty. To provide members with information concerning their rights under the Family Medical Leave Act (FMLA) and Civil Service **R. S. 33:1995:** *"Every firefighter in the employment of a municipality, parish, or fire protection district shall be entitled to full pay during sickness or incapacity not brought about by his/her own negligence or culpable indiscretion for a period of not less than fifty-two weeks."*

2. **Policy**

2.1. It shall be the policy of the Shreveport Fire Department to require regular and predictable attendance from every member employed by the Shreveport Fire Department. Members, who are absence due to a fraudulent use of leave, abuse of leave, or any situation where the member takes advantage of sick leave, will be subject to disciplinary action. Members who do not strictly adhere to this policy are subject to disciplinary action.

3. **Privacy Statement**

*3.1.* Shreveport Fire Department members shall take every possible and responsible action to secure and maintain confidentiality of protected health information they may encounter in the course of their duties. **Privacy Statement:** *Release of any member's protected health information to a non-covered entity, agency, department, or person must conform to the policy and procedures of the covered entity from which it was obtained, or as may be permitted under HIPAA, or as authorized or required herein, or by another law which supersedes. As such the employer will restrict the release of the following information to only those individuals that must have access to the information to complete their job function. Restricted information will include: Social Security Number; Date of Birth; Address or confinement location; Family information; Medical Condition or Disease; Dr. /Healthcare Provider notices; SFD Sick Leave Certificates; Substance Abuse Screening Results; Member Assistance Information; and FMLA Forms.*

4. **Fit for Duty**

4.1. Members reporting for duty must be able to perform the 14 essential job tasks according to NFPA 1582 and designated functions of their civil service position in a



EXHIBIT 4

tabbies

safe, effective, efficient, and productive manner. Should reasonable cause exist to question a member's fitness for duty (e.g., injury, extensive use of sick leave, documented performance deficits, etc.), the member may be temporarily removed, reassigned, or temporarily prohibited from returning to duty until evaluated as ordered by the Fire Chief.

4.2. In the event a member has a serious health condition or upon reasonable cause, he or she must successfully complete "Fit for Duty" evaluations to return or remain in their positions as ordered by the Fire Chief. Members shall not be released back from sick leave unless they can perform the essential functions of their assigned position. Essential functions include but are not limited to:

4.2.1. Have regular and predictable attendance.

4.2.2. Meet production standards established by management for the position.

4.2.3. Meet efficiency standards established for doing a function.

4.2.4. Perform duties or tasks efficiently and safely.

4.2.5. Behave in a socially-acceptable manner.

## 5. Fit for Duty Evaluation

5.1. The nature and circumstances surrounding the "Fit for Duty" question will decide the type of evaluation and the necessary documentation required from the member. The Fire Chief reserves the right to make final decisions in determining the type of evaluation needed based on the facts associated with each member's sick leave usage.

## 6. Sick Leave General Guidelines

6.1. Permanent members may be granted up to 365 consecutive calendar days sick leave, if conditions warrant, as is provided for in LRS 33:1995. A Civil Service member on sick leave for 365 consecutive calendar days may be subject to termination on the 366th. Per the Shreveport Fire & Police Civil Service Board; any extension of sick leave beyond the 365 days maximum shall be with pay, as the board may determine to be in the public interest, at the request of the appointing authority or the employee at least 30 days prior to the expiration of the 365 days.

6.2. Members are responsible for providing their physicians with a clear description of their job duties and the availability of limited / modified duty assignments. When a member is placed on sick leave the Fire Chief or his designee may send a job description to the member's physician.

6.3. Incapacitation related to pregnancy shall be treated the same as any other incapacitating illness as far as it concerns eligibility for sick leave.

6.4. An interruption of any working test period due to injury or illness will be added to the

remaining working test period. Before the working test period ends, the total number of days of sick leave taken during the test period will be tabulated and that number of days added to the test period.

6.5. Sick leave may not be used in the following instances:

6.5.1. Result of intentional self-inflicted injury

6.5.2. Illegal substance abuse or alcohol abuse unrelated to treatment program (example: being unable to report to duty due to a hangover)

6.5.3. Illness or injury incurred while in the commission of a criminal act

6.6. Sick leave may be used in the following instances:

6.6.1. Illness

6.6.2. Injury

6.6.3. Pregnancy-related conditions in accordance with The Pregnancy Discrimination Act of 1978 states that discrimination on the basis of pregnancy or childbirth constitutes unlawful sex discrimination under Title VII of the Civil Rights Act of 1964 [1].

6.6.4. Exposure of a member to a contagious disease which would have the potential of jeopardizing the health of the member or the health of others

6.7. Members are expected to make every reasonable effort to schedule appointments for times when the member is not scheduled to be on duty or times that would cause the least disruption of their work responsibilities. Medical examination appointments that are not disruptive to operational efficiency are generally acceptable without use of sick leave however; members must have approval from their immediate supervisor.

6.8. Members working the 40-hour work week may be allowed to schedule medical, dental, or optical appointments and treatments with permission granted from their immediate supervisor.

**7. Reporting Sick Leave**

7.1. When a member is unable to report for duty due to illness or injury, the notification process is as follows:

7.1.1. <u>Operations personnel</u> must inform the on-duty Assistant Chief (or designee) at least four (4) hours before their duty shift begins.

7.1.2. <u>Communications personnel</u> must inform the Chief of Communications (or designee) at least 1 ½ hours before their duty shift begins.

7.1.3. <u>All Other Divisions</u> must contact their Division Chief (or designee) at least 1

hour before their duty shift begins.

7.2. If the member cannot reach their supervisor by phone, they shall contact Communications to have their supervisor paged.

7.3. If a member is unable to complete a tour of duty due to illness or injury they shall notify their immediate supervisor before leaving their assignment. The supervisor will then be responsible for reporting the member's leave up their chain of command to ensure that the Assistant Chief or Division Chief is notified in a timely manner.

**8. Validation of Illness or Injury**

8.1. If substantial evidence suggests that a member's reason for sick leave is questionable, the Fire Chief or his/her designee may require a licensed health care provider's certification of illness or injury, at the member's expense.

8.2. A second opinion may be requested at the expense of the department, upon approval of the Fire Chief.

8.3. Failure to provide requested certification within two business days may result in disciplinary action.

8.4. Per The Municipal Fire and Police Civil Service Board Shreveport, Louisiana Rules and Regulations Subpart C – Leaves of Absence Section 2. Sick Leave the department can verify the initial and continuing necessity for sick leave. For sick leave of more than (2) two weeks the verification is mandatory. The member's chain of command shall follow up with phone calls and/or visits to verify sick leave usage for more than (2) two calendar days. If the member is found to be in violation of Louisiana R.S. and/or SFD policies, procedures, rules and regulations; then SFD AP 2 Corrective Action and Commendation Procedures will be followed.

**9. Activities While on Sick Leave**

9.1. Members on sick leave for less than (30) days shall remain at their residence for the entire sick leave period except to participate in the following activities:

9.1.1. Voting

9.1.2. Religious activities

9.1.3. Obtaining medication

9.1.4. Doctors' Appointments.

9.1.5. Going to grocery store for food and/or restaurant

9.1.6. Taking or picking up children from school or childcare

9.2. Members on extended sick leave (30) days or more shall not be confined to their home or required to report to their department on a daily basis if they desire to leave their home per the Municipal Fire and Police Civil Service Board Shreveport, Louisiana Rules and Regulations Subpart C – Leaves of Absence Section 2. Sick Leave. The member may not engage in any activity that may hinder recovery, cause further injury or illness, or delay their return to duty in a timely manner. The member may not engage in any job/employment activity (compensated or not) while on sick leave. No employee shall engage in any activity (recreational, including, but not limited to, i.e. hunting, fishing, sport). No employee shall perform any other job employment duties or extra duty while on sick leave. Restrictions that apply for the police and fire department will be applicable to any other job employment.

9.3. The Fire Chief, Deputy Fire Chief, or member's Assistant Chief, or Division Chief for members in divisions other than Operations, must approve any activity that is a deviation from the restrictions mentioned above. All approved deviations from restrictions must be documented in the sick leave book to include who approved, date & time, and what the policy deviation was.

9.4. Members on sick leave shall not engage in any activity that would cause further illness or injury to present medical status.

9.5. Members shall not perform any secondary employment (Non-Shreveport Fire Department) duties while on sick leave. Restrictions that apply for the fire department will be applicable to any other job employment.

9.6. Members shall not attend college or vocational/technical courses while on sick leave unless approved by the Fire Chief. Members may attend SFD classroom classes at the Shreveport Fire Academy if their attendance does not jeopardize or delay their recovery process and their medical provider must provide a letter indicating this – The letter must be provided to the Chief of Special Operations and Safety prior to attending class. Attending classes while on sick leave does not indicate a release from sick leave or change in sick status to Limited/Light Duty. The member is still on sick leave and will be using sick leave time.

**10. Members Must Communicate**

10.1. Operations- Members who call in prior to their shift shall contact their Battalion Chief prior to their shift being relieved the next day and advise him/her if they will be reporting back to duty for the next shift. This will not be required if a member has a Sick Leave Use Certificate submitted for the sick leave usage period to the Assistant Chief's office. Operations Assistant Chiefs reserve the right to have the member's Battalion Chief to make welfare visits.

10.2. Communications- Communications members on sick leave are required to check in with the Chief of Communications daily unless they have a Sick Leave Use Certificate with a return to duty date or a next evaluation date on file. If they have the Sick Leave Use Certificate with that information, the member shall contact the Chief of Communications weekly. The Chief of Communications reserves the right to make welfare visits.

10.3. All other Divisions- Division personnel on sick leave are required to check in with their Division

Chief daily unless they have a Sick Leave Use Certificate with a return to duty date or a next evaluation date on file. If they have the Sick Leave Use Certificate with that information, the member shall contact their Division Chief weekly. Division Chiefs reserve the right to make welfare visits on the member utilizing sickleave

**11. Sick Leave Documentation**

11.1. Each time a member is off duty on sick leave, he or she must complete the top portion of the SFD Sick Leave Use Certificate and submit to their Assistant/Division Chief, even if the member is not required to seek medical care. The Sick Leave Use Certificate is to be filled out by the member. The member's supervisor shall sign the Sick Leave Form and the original shall be sent through the proper channels to the Chief of Special Operations and Safety to be filed in the individuals medical records. **Only original Sick Leave Use Certificates will be accepted, no Fax, Scanned, or emailed copies will be allowed.**

11.2. If a physician is required or if the members seeks medical care, the member and the physician shall complete the Sick Leave Use Certificate and the physician must complete the lower portion of the form (Physician's Report and Instructions) or provide a Doctor's note on the Doctor's letterhead with the required information. A physician must be seen if:

11.2.1. Operations personnel shall provide a Sick Leave Certificate with a physician's signature for any sick leave equal to or greater than two consecutive 24 hour shifts. Operations personnel will be required to submit a Sick Leave Use Certificate with physician's release for all sick leave use after (3) three non-consecutive sick leave usage within the fiscal year.

11.2.2. Communications personnel shall provide a Sick Leave Certificate greater than two consecutive 12 hour shifts (two calendar days). Communications personnel will be required to submit a Sick Leave Use Certificate with physician's release for all sick leave use after (6) six non-consecutive sick leave usage within the fiscal year.

11.3. All other Divisions shall provide a Sick Leave Certificate with a physician's signature for any sick leave greater than four (4) consecutive calendar days. Division personnel will require a Sick Leave Use Certificate with physician's release for all sick leave use after (6) six non-consecutive sick leave usage within the fiscal year.

11.4. Members who do not submit the proper documentation shall not be allowed to return to duty and shall be considered on sick leave until the form is completed as explained in 11.1 and 11.2. Operations and Communications personnel – calling in sick on the last shift of tour and 1st shift back is considered consecutive. Division Personnel – calling in sick on Friday and the following Monday is considered consecutive.

11.5. A copy of all SFD Sick Leave Use Certificates and healthcare provider documentation shall be forwarded to the Chief of Special Operations and Safety for documentation into member's medical file.

**12. Orthopedic or illness that does not incapacitate Employee**

12.1. When a member is off work with an orthopedic injury or illness that does not incapacitate the member they may be placed on limited/modified duty status. The member will inform their physician that there are other accommodations (modified duty assignment) available to Shreveport Firefighters. The modified assignment will be non-firefighting / emergency service duties.

12.2. Restrictions that apply for the fire department will be applicable to any other job employment.

12.3. Once a member is allowed to drive and is off narcotic medications they may be assigned to limited duty status at the discretion of the Fire Chief. The following conditions must be met:

- An expected full recovery date provided by Doctor
- Clear to drive
- Off narcotic medications
- Identified restrictions

**13. Post-Traumatic Stress Injury**

13.1. A member who submits a Sick Leave Certificate for PTSD/PTSI shall follow the guidelines established by the State of Louisiana Revised Statues 33:2581.2 and shall be diagnosed by a Psychiatrist or Psychologist.

13.2. Prior to returning to work from a PTSD/PTSI diagnosis the employee will complete a Return to Work evaluation from a Shreveport Fire Department contracted Mental Health Professional meeting or exceeding that stated in LA RS 33:2581.2.

**14. Pregnancy**

14.1 When a member of the department becomes pregnant they should consult their personal physician on what their work status should be. They should evaluate the hazards they be exposed to and the possible adverse effects to themselves and to the fetus. The pregnant member may continue full duty or accept a temporary modified assignment during the pregnancy period. The Hazards faced by pregnant firefighters are identified in NFPA 1582: Annex D.

14.2 The Pregnancy Discrimination Act of 1978 states that discrimination on the basis of pregnancy or childbirth constitutes unlawful sex discrimination under Title VII of the Civil Rights Act of 1964 [1]. Women who are pregnant or have related conditions must be treated in the same manner as other applicants or employees with similar abilities or limitations. An employer may not force a pregnant employee to take disability leave if she is able to work and cannot remove her from her duty assignment if she is able and willing to perform it. The Pregnancy Discrimination Act applies to most employers that have 15 or more employees.

**15. Long Term Sick Leave**

15.1. Members will be considered on "long term sick leave" once they have been on sick leave thirty (30) days for one sick leave usageperiod.

15.2. An initial SFD Sick Leave Use Certificate must be submitted to the member's Assistant/Division Chief within three days of day thirty (30) of sick leave.

15.3. Members on long term sick leave are expected to follow the same activity limitations as any other sick leave usage as outlined in Section 9 and Section 10 of this document.

15.4. Members on long term sick leave are required to submit a completed Original SFD Sick Leave Use Certificate for each calendar month that they are on sick leave or when a work status change has taken place to their Assistant/Division Chief.

15.5 It shall be the responsibility of the member to ensure that these forms are submitted within the time requirements.

15.6 It shall be the responsibility of the member's Assistant/Division Chief to forward copies of all sick leave documentation to the Chief of Special Operations and Safety.

15.7 Members who have been on long term sick leave must obtain a "Release for Duty" from WK Work Kare or SFD designated Occupational /Mental Health provider, before reporting back to work. Once a member has the Sick Leave Use Certificate completed by their physician and has the proper documentation to show that the member has been cleared by his or her physician to return to duty, and there is a return to duty date, the member shall:

15.7.1 Call the Chief of Special Operations and Safety (318-673-6760) and request a Return to Work Physical.

15.7.2 The Chief of Special Operations and Safety will schedule a "Return to Duty" or "Fit for Duty" physical, depending on which is applicable, for the member through Willis Knighton Work Kare System or appropriate Occupational / Mental Health Medical Provider. Per Shreveport Fire and Police Civil Service Board Rules Section 2. Sick Leave (h) if an employee returns from sick leave of any duration with a release to full duty signed by a qualified medical provider, the employee may not be maintained on sick leave for more than seven (7) days for the Police Department or Fire Department to conduct any and all verification procedures. If the Appointing Authority is unable to complete its verification procedures within seven (7) days, the employee shall be transferred to Departmental Leave until said verification procedures are complete. Once transferred to Departmental Leave, said employee shall not be confined to the employee's home nor shall the employee be required to check in with anyone at either department when leaving their home. However, the employee shall notify the respective department if that employee intends to leave town overnight during the week so as not to interfere with any verification procedures.

15.7.3 Once the member has completed the physical and is released to return to duty, the occupational medical provider will notify the Chief of Special Operations and Safety. The Chief of Special Operations and Safety will notify the member's Assistant/Division Chief of the "Release for Duty" from Work Kare.

15.7.4 Members will be provided with re-entry training if off for more than 4 months (120 days) on

extended sick leave. The re-entry training will be completed at the academy prior to returning to work. The re-entry training may be completed after missed vacation time is taken, this will be coordinated with the Shift Commander/Division Chief and approved by the Deputy Fire Chief and/or Fire Chief.

**16. On-duty Injury or Illness**

16.1. A member who sustains a work related on-duty injury or illness is subject to receive Workers' Compensation and shall be treated at Willis Knighton Work Kare, unless it is a critical injury requiring emergency room care, or if it is after normal business hours. If a member sustains a work related injury or illness and cannot return to work, then the member shall be placed on sick leave.

16.2. The Chief of Special Operations and Safety shall be notified of any work related on-duty injury or illness as soon as possible.

16.3. On-duty injuries will be recorded on the all required Shreveport Fire Department and City of Shreveport accident and member injury reports.

16.4. Members on sick leave as result of a work-related injury or illness are subject to limited duty assignments.

16.5. Presumptive Disability Laws in Louisiana – Members who file a workers compensation claim due to presumptive laws should follow the specific Revised Statute requirements.

16.5.1. R.S. 33:1948. Development of Hepatitis B or Hepatitis C during employment in fire or police service
16.5.2. R.S. 33:2011. Development of cancer during employment in fire service
16.5.3. R.S. 33:2581. Development of heart and lung disease during employment in classified fire service
16.5.4. R.S. 33:2581.1. Development of hearing loss during employment in the classified fire service
16.5.5. R.S. 33:2581.2. Posttraumatic Stress Injury

**17. Sick Leave Usage While on Scheduled Time Off**

17.1. Members may become ill or have scheduled medical procedures (in-patient or out- patient) completed while on scheduled time off and are not required to use sick leave. However, it is the responsibility of the member to inform their Assistant Chief/Division Chief that a medical procedure was done and shall provide a return to full duty release from their physician on an SFD Sick Leave Use Certificate or on the physician's letterhead, prior to returning to work from the scheduled time off.

17.2. Any sick or injured member who deems it necessary to go on sick leave while on scheduled leave (Vacation or Holiday Time) will immediately contact the on-duty Assistant/Division Chief and explain the situation. The member will then see a physician for an examination and/or treatment. Immediately following the examination by a licensed physician, the member will

again contact the on-duty Assistant/Division Chief and provide written results of the examination.

17.3. Prior to returning to work or returning to scheduled leave, the member must submit a doctor's release, on the SFD Sick Leave Use Certificate to the Assistant/Division Chief.

17.4. A member who meets the requirements of this policy will not forfeit any scheduled leave from the date of documented illness or injury.

**18. Supervisors Recording Sick Leave Use**

Assistant Chiefs and Division Chiefs must record all sick leave used by their assigned members and maintain that information on their annual sick leave spreadsheet. This spreadsheet is located on the City of Shreveport shared "H" Drive in Common Forms under SFD Sick Leave ICON.

18.1. Assistant Chiefs and Division Chiefs shall ensure their assigned members complete all required documentation as required by this administrative procedure and copies are forwarded to the Chief of Special Operations and Safety in the designated sick leave folder.

**19. Patterns of Absenteeism and Fraudulent Use of Sick Leave**

19.1. Members should not establish patterns of absenteeism. This may indicate abuse of leave. Sick leave patterns that reflect trends such as calling in sick leave on weekends and 1st and 5th shifts shall be followed up with a physical visit to the member's residence by the Assistant/Division Chief's designee and documented in the Assistant/Division Chief's Sick Leave Spreadsheet. Members who display a pattern or trend of abuse shall be addressed with the department's progressive discipline policy in AP #2.

19.2. Members shall not abuse leave privileges or fraudulently use leave. Abusive Absenteeism is taking leave in a manner for which it was not intended. (Example: using it in a predictable pattern is substantial evidence of abusive use.)

**20. Family Medical Leave Act**

20.1. For any seventy-two consecutive hour period of sick leave for a serious health condition or for a covered relative, the member may be eligible for family medical leave under the Family Medical Leave Act (FMLA) of 1993. The member must apply for such leave within seven days of eligibility.

20.2. When it is foreseeable that a member's absence due to illness, injury or other circumstances may be covered by FMLA, the department will:

20.2.1. Provide the member with a Certification of Health Care Provider packet.

20.2.2. Send a letter, with delivery confirmation, to the member on the fifteenth day of the absence requesting that they return the completed packet.

20.3. A member's failure to return the completed Certification of Health Care Provider packet may disqualify them from access to FMLA leave for the event in question. See attached Appendix on FMLA for more information.