UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| Felicia Scroggins<br>Plaintiff | Civil No. 5:23-cv-01549 |
| VS.<br>City of Shreveport<br>Defendant | Judge TERRY A. DOUGHTY<br>Magistrate Judge HORNSBY |

**NOTICE OF MANUAL ATTACHMENT**

ATTACHMENTS TO: Motion for Summary Judgment & Memorandum in Support

DESCRIPTION: CD - Transcript of Civil Service Hearing of 04/10/2024 - Ex. 5

FILED BY: Defendant, City of Shreveport

FILE DATE: January 27, 2025

*********************************NOTICE*********************************

**The attached document is an original manual attachment that could not be converted into PDF and uploaded to CM/ECF. A PDF version of this notice should accompany the related e-filing as an attachment.**

**INSTRUCTIONS FOR FILER:**
**The original manual attachment must be delivered to the divisional Clerk's Office of the presiding judge. Chambers personnel may obtain the manual attachment from the Clerk's Office.[1] The manual attachment will be maintained at this location until expiration of appeal delays.**

**Attachment sent to SHREVEPORT DIVISON.**

**Prepared by: Joseph S. Woodley**

[1] **Chambers Personnel: When finished reviewing the manual attachment, please return to the Clerk's Office.**