# SHREVEPORT FIRE DEPARTMENT
# NOTICE OF FORMAL INVESTIGATION AND/OR INTERROGATION

**Individual Being Investigated:** Felicia Scroggins

| **Date Investigation Begins:** 12/2/2022 | **Investigating Officer:** Fire Clarence Reese, Jr. or his designee |
|---|---|

Per the rules set forth by RS 33:2181, the individual named above is being informed by virtue of this document:

- Nature of the investigation
- Identity and authority of person(s) conducting such investigation
- Specific charges or violations being investigated

If this notice is being issued for interrogation purposes the identity of all persons present during such interrogation shall also be listed below. Employees being investigated shall be given a copy of the Fire Fighter Bill of Rights.

**Nature of investigation:**

LA R.S. 33:2500 A. (1) Unwillingness or failure to perform the duties of his position in a satisfactory manner.

**Identify and authority of person(s) conducting such investigation:**

Chief Clarence Reese, Jr. or his designee

**Specific charges or violations being investigated:**

The Shreveport Fire Department is a continual, first responder based service organization that provides emergency fire and medical services to the Citizens of Shreveport. In the last Five (5) years, you have either failed to perform, or was unwilling to perform, your duties as a Shreveport Fire Engineer for a total of 1153 days. This investigation will include but is not limited to, the total number of shifts and total hours of service that you failed or were unwilling to render in connection with your employment as a Shreveport Fire Engineer. Your personnel file and other records concerning your service with the Shreveport Fire Department will be reviewed and considered in regard to this investigation and possible disciplinary action for excessive absentessism. The ability to fulfill your duties as required by the bona fide occupational qualification of a Fire Engineer shall be compared to your actual service time, or the amount of time that you failed or were unwilling to perform your duties, for the aforementioned period of time.

RS 33:2500.A(14) The willful violation of any provision of this Part or of any rule, regulation, or order hereunder.

| | | |
|---|---|---|
| **Signature of Officer Serving Notice of Formal Investigation:** | [signature] | **Date:** 12-2-22 |
| **Signature of Individual Being Investigated:** | [signature] | **Date:** 12/2/22 |

STOP HERE—If Issuing A Notice of Formal Investigation Only—STOP HERE

ALL QUESTIONS ASKED TO THE MEMBER IDENTIFIED IN THIS NOTICE OF FORMAL INVESTIGATION BY ANY PERSON IDENTIFIED AS THE PERSON(S) CONDUCTING THE INVESTIGATION OR THEIR DESIGNEE **SHALL BE RECORDED**. THE ONLY EXCEPTION TO THIS SHALL BE INITIAL QUESTIONING BY THE DIRECT

EXHIBIT 6

tabbies

APPENDIX A

# SHREVEPORT FIRE DEPARTMENT

## SUPERVISORY ACTION REPORT

**Name:** Felicia Scroggins **Date:** 12/2/2022 (MM/DD/YYYY)

**Rank/Position:** Fire Engineer **Duty Assignment:** E-18-C

**Officer Filing Report:** Chief Ward Fields

**Location where incident occurred:**

**N/A**

**Describe the incident in detail (include date, time, place, parties involved):**

**N/A**

**List specific rules and/or policy violated:**

**The Shreveport Fire Department is a continual, first responder based service organization that provides emergency fire and medical services to the citizens of shreveport. In the last Five(5) years, you have either failed to perform, or was unwilling to perform, your duties as a Shreveport Fire Engineer for a total of 1153 days. This investigation will include but is not limited to, the total number of shifts and total hours of service that you failed or were unwilling to render in connection with your employment as a Shreveport Fire Engineer. Your personnel file and other records concerning your service with the Shreveport Fire Department will be reviewed and considerd in regard to this investigation and possible disciplinary action for excessive absentessism. The ability to fulfill your duties as required by the bona fide occupational qualification of a Fire Engineer shall be compared to your actual service time, or the amount of time that you failed or were unwilling to perform your duties, for the aforementioned periord of time.**

**RS 33:2500.A(14) The willful violation of any provision of this Part or of any rule, regulation, or order hereunder.**

**Expected improvement and/or standards for the future:**

**Compliance with all Departmental policies**

**Describe action if employee does not meet the improvement/standard required:**

**To be determined by the Fire Chief or his designee**

**Employee Comments:**

## APPENDIX A

I acknowledge that the above evaluation has been discussed with me and any signature does not imply agreement or disagreement.

EMPLOYEE SIGNATURE

OFFICER'S SIGNATURE

WITNESS SIGNATURE

DATE: 12/02/2022
MM/DD/YYYY

(SIGNATURES NOT REQUIRED FOR ORAL COUNSELING)

**To be filled out after initial inquiry or preliminary investigation.**

| Type of Action Taken | |
|---|---|
| | Recommendation for Commendation |
| | Record of Oral Counseling |
| | Written Directive for Corrective Action |
| X | Referral for Administrative Investigation |



SFD FORM 90/05-0001
SAR FORM
Revised 1/2017
003