CITY OF SHREVEPORT

FIRE AND POLICE MUNICIPAL CIVIL SERVICE BOARD

**AMENDED and SUPPLEMENTAL APPEAL OF DISCIPLINARY ACTION AND REQUEST FOR INVESTIGATION On behalf of FIRE ENGINEER FELICIA SCROGGINS**

I.

This is an appeal of disciplinary action brought pursuant to the provisions of La. R.S. 33:2501 A. Fire Engineer Felicia Scroggins is a permanent employee in the classified fire service. On January 19, 2023, following a pre-disciplinary hearing, the Fire Chief, Clarence Reese, determined that Fire Engineer Scroggins had violated departmental rules and regulations and was in violation of La. R.S. 33:2500(A)(1) by "unwillingness or failure to perform the duties of [her] position in a satisfactory manner."

Fire Engineer Scroggins filed a timely notice of appeal, and on January 26, 2023, at a special session, the Shreveport Municipal Fire and Police Civil Service Board set a hearing date for June 14, 2023.

Fire Engineer Scroggins now appears to file an amended and supplemental appeal. The amended and supplemental appeal is filed within 15 days of the date of termination and is thus timely. The hearing date is June 14, 2023, so the Fire Chief and appointing authority should have adequate opportunity to prepare response to the claims and requests submitted in this amended and supplemental appeal.

**RESTATED, AMENDED AND SUPPLEMENTAL GROUNDS FOR APPEAL**

Fire Engineer Scroggins was on limited duty at the time of termination and had just been released by her healthcare provider for extended work hours. She appeals the termination of

EXHIBIT 7

employment imposed by the Fire Chief and requests that this Board reverse the corrective action, declare the termination of her employment an absolute nullity, or in violation of law, and order her immediate reinstatement with back pay and full "make whole" relief. She further requests that all adverse entries and writings in her personnel file regarding this matter be withdrawn from her record and expunged.

La. R.S. 33:2501 (A) provides for appeals of corrective action. It states in relevant part:

> Any regular employee in the classified service who feels that he has been discharged or subjected to any corrective or disciplinary action without just cause, may, within fifteen days after the action, demand, in writing, a hearing and investigation by the board to determine the reasonableness of the action.

Fire Engineer Scroggins shows that the termination of her employment was not reasonable action and was not taken in good faith or for cause because she was not in violation of the sick leave policy and she did, in fact, have a return-to-work plan.

Further, the Fire Chief failed or refused to engage in the interactive process to discuss accommodation of Fire Engineer Scroggins' condition and / or prematurely withdrew an existing accommodation.

Fire Engineer Scroggins further shows that the termination of her employment was not in good faith or for cause because of the Fire Chief's retaliatory and discriminatory motive.

**REQUEST FOR INVESTIGATION AND DECLARATION OF NULLITY**

The termination of Fire Engineer Scroggins' employment should be declared an absolute nullity because the personnel action was not taken by the lawful appointing authority.

The termination of Fire Engineer Scroggins' employment is also an absolute nullity because the Fire Chief violated La. R.S. 33:2181 (B)(7) and other provisions of the Fire Fighters' Rights under Investigation. Specifically, the Fire Chief provided a copy of Fire Engineer

Scroggins' recorded statements to the Shreveport Police Department, and a uniformed officer contacted Fire Engineer Scroggins about her recorded statements.

The Fire Chief also violated Fire Engineer Scroggins' rights by releasing personal information about her in violation of La. R.S. 33:2182, which states:

> No person, agency, or department shall release to the news media, press, or other public information agency a fire employee's home address, photograph, or any information that may be deemed otherwise confidential, without the express written consent of the fire employee, with respect to an investigation of the fire employee.

Fire Chief Clarence Reese released, or caused to be released, confidential information with respect to the investigation of Engineer Scroggins to the Shreveport City Police. He also released, or caused to be released, to the Shreveport City Police, her recorded interrogation and her home address and contact information in violation of La. R.S. 33:2183. Pursuant to R.S. 33:2181 (C), the termination of Fire Engineer Scroggins' employment is an absolute nullity because of the violation of her statutory rights while under investigation, including her rights under La. R.S. 33:2181 and her rights under La. R.S. 33:2182.

Fire Engineer Scroggins requests that this amendment to her appeal be entered and that upon conclusion of all due proceedings that she be granted the following relief:

A. A declaration that the termination is an absolute nullity and that she be reinstated to her classified position with full back pay and benefits and all further relief necessary to make her fully whole;

B. Alternatively, a declaration that the termination was not taken in good faith or for cause and that she should be reinstated with full back pay and benefits and all further relief necessary to make her fully whole.

C. A declaration that the Fire Chief invaded Fire Engineer Scroggins' privacy by providing the Shreveport Police with a copy of her interrogation, an act which disclosed Engineer Scroggins' confidential medical information and exposed her to further investigation and interrogation by Shreveport Police.

D. The withdrawal and full expungement of all records and files maintained for personnel purposes, including Internal Affairs files and records, relating to the investigation and termination of her employment.

E. For reimbursement of reasonable costs and attorney's fees.

Respectfully submitted this 31st day of January, 2023

Allison A. Jones, La. Bar No. 16990
Pamela R. Jones, La. Bar No. 19640
Downer, Jones, Marino & Wilhite, L.L.C.
401 Market Street, Suite 1250
Shreveport, LA 71101
318-213-4444 Telephone
318-213-4445 Facsimile
Email: pjones@dhw-law.com
Email: ajones@dhw-law.com

ATTORNEYS FOR FIRE ENGINEER FELICIA SCROGGINS

CERTIFICATE OF SERVICE

The Amended and Supplemental Appeal of Fire Engineer Felicia Scroggins has been served this 31st day of January, 2023, upon the following persons, by electronic mail:

Ms. Nichole Buckle, attorney for the City of Shreveport and Appointing Authority
Nikki@CBBD.law

Ms. Carol Nicholas, Secretary, Fire and Police Civil Service Board
Carol.Nicholas@shreveportla.gov