PERSONAL SOLUTIONS

R. Craig Kennedy, MA, LPC, President
Patti Bornaman, Ph.D., LPC-S, LMFT
Bob Clanton, Ph.D., LCP
Thomas Davison, Psy.D., LPC
Kelsey Long, LPC
Hailey Slack, MS, PLPC
J. Durell Tuberville, Founder

# FITNESS FOR DUTY EVALUATION

| | |
|---|---|
| Examinee: | Felicia Scroggins |
| Age: | 45 |
| Date of Birth: | 05/22/77 |
| Date of Examination: | 10/17/22 |
| Examiner: | Robert Clanton, Ph.D. |

Ms. Scroggins was referred for Fitness for Duty evaluation and clearance to return to work by the Shreveport Fire Department.

Ms. Scroggins arrived promptly for her scheduled appointment. She displayed good grooming/hygiene and was dressed in uniform. She wore a mask due to COVID-19 precautions. Affect was dysthymic, but not tearful, though she still reports significant sadness and anger related to her father's death. She continues to experience sleep disturbance and crying spells, but has tolerated working 4 hour shifts on light duty. She reports continued concern that she will be triggered on a call by something that reminds her of her father's death and will become overwhelmed. For that reason, she expressed belief that she is not prepared for resumption of her full duties. Ms. Scroggins stated that she has been seeing her outpatient social worker every other week, and she is scheduled for her next appointment on 10/25/22. At that time, she and her provider plan to discuss her transition back to work. I recommend that Ms. Scroggins discuss this with her counselor, with plan to transition to light duty at full-time working hours after that 10/25/22 meeting. A reasonable goal would be to plan for return to full job duties after one month of full-time, light duty status. This should provide the opportunity for Ms. Scroggins to work on development of coping strategies for dealing with any triggers that might occur during performance of her regular duties. I would, again, encourage her to work with her counselor on specific strategies for coping with stressors or triggers that could occur once she is performing her regular duties. If there are any questions, or if I may be of any further assistance, please do not hesitate to contact me.

Sincerely,

Robert Clanton, Ph.D.
Licensed Psychologist (1252)



EXHIBIT
tabbies
8