0510202405CANDD00274

| | |
|---|---|
| CITY OF SHREVEPORT | DOCKET NO. 649,950-A |
| VERSUS | FIRST JUDICIAL DISTRICT COURT |
| SHREVEPORT MUNICIPAL FIRE AND POLICE CIVIL SERVICE BOARD and FELICIA SCROGGINS | CADDO PARISH, LOUISIANA |

**ANSWER TO APPEAL**

NOW INTO COURT, through undersigned counsel, comes Felicia Scroggins, appellee, who answers the appeal of the City of Shreveport, pursuant to the provisions of La. Code of Civil Procedure 2133 (A) as follows:

1.

Felicia Scroggins ("Scroggins"), a Fire Engineer employed by the Appellant, the City of Shreveport ("City"), is the appellee in the above-captioned appeal.

2.

On or about January 19, 2023, the City of Shreveport terminated Scroggins employment, based upon the decision of the Fire Chief, Clarence Reese, Jr., that she was unfit for duty.

3.

Scroggins appealed to the Shreveport Municipal Fire and Police Civil Service Board ("the Board), pursuant to the provisions of La. R.S. 33:2501.

4.

On April 10, 2024, the Board conducted a hearing, and received testimony and exhibits for the purpose of determining whether the appointing authority had acted in good faith and for cause and / or whether the termination should be reversed or modified.

5.

On April 17, 2024, the Board issued the following findings:

**Re: Finding of Fact on Fire Engineer Felicia Scroggins/Docket #10107.**

The Shreveport Municipal Fire and Police Civil Service Board met in its regular meeting on April 10, 2024. The Board voted the Fire Chief Acted in Good Faith for Cause, Reduce

PGS 3 EXH 1 MIN ✓
CC 2 CP 12⁰⁰ MAIL ___ N/J ___
INDEX ___ REC ___ FAX ___
W/D DOC ___ CERT MAIL ___
SERVICE 2 NF

P. Jones

$350⁰⁰

Caddo Parish
Filed May 09, 2024 12:16 PM
Kara Crawford
Deputy Clerk of Court
E-File Received May 09, 2024 11:27 AM

649950 A

EXHIBIT 9

05102024SLAN0000275

> the Termination to a 45-day Suspension, monitor attendance monthly for 1 year and enroll in the Employee Assistance Program.
>
> Therefore, according to the Civil Service Law R.S.33:2501 C. (1.), the Board hereby orders the Termination be reduced to a 45-day Suspension effective January 10, 2023, and ordered that the Fire Chief and/or his designee monitor Fire Engineer Felicia Scroggins' attendance monthly for 1 year and enroll her in the Employee Assistance Program.

A copy of the Board's Finding of Fact is attached hereto as Exhibit A.

6.

On April 22, 2024, the City E-filed a Notice of Appeal of the Board's Ruling and Finding of Fact. Scroggins was served, through her counsel of record, on April 30, 2024.

7.

La. Code of Civil Procedure Art. 2133(A) allows an Appellee to answer an appeal for the purpose of having the judgement modified, revised, or reversed. The answer by the appellee is "equivalent of an appeal on his part from any portion of the judgment rendered against him in favor of the appellant and of which he complains in his answer."

8.

Scroggins answers and appeals from the adverse decision rendered by the Board, specifically the Board's finding that the fire chief acted in good faith and for cause in disciplining Scroggins.

9.

Scroggins shows that a copy of the City's appeal has already been served upon the Shreveport Municipal Fire and Police Civil Service Board and an order entered by this Honorable Court requiring the Board to file with the Clerk of Court its complete record, including a certified transcript, of the hearing concerning Scroggins' appeal from the termination of her employment.

10.

Scroggins requests that a copy of her Answer and Cross-Appeal be served upon the City and that upon the conclusion of due proceedings this Court reverse the Board's decision that the Fire Chief acted in good faith and for cause.

Respectfully submitted this 9th day of May, 2024

By: ______________________________

Allison A. Jones, La. Bar No. 16990
Pamela R. Jones, La. Bar No. 19640

Downer, Jones, Marino & Wilhite, L.L.C.
401 Market Street, Suite 1250
Shreveport, Louisiana 71101
318-213-4444 Telephone
318-213-4445 Facsimile
Email: pjones@dhw-law.com
Email: ajones@dhw-law.com

ATTORNEYS FOR FIRE ENGINEER FELICIA SCROGGINS

**PLEASE SERVE:**

City of Shreveport
Through its attorney of record
Nicole Buckle
Carmouche, Bokenfohr, Buckle & Day, PLLC
One Bellemead Center
6425 Youree Drive, Suite 380
Shreveport, Caddo Parish, Louisiana 71105

Shreveport Municipal Fire and Police Civil Service Board
Through its Secretary
Carol Nicholas
7300 Mansfield Road
Shreveport, Caddo Parish, Louisiana 71108



051020245CAN00000270

# *Shreveport Municipal Fire and Police Civil Service Board*

**7300 Mansfield Road**
**Shreveport, Louisiana 71108**

April 17, 2024

Chief Clarence J. Reese, Jr.
Shreveport Fire Department
263 North Common
Shreveport, LA 71101

Dear Chief Reese:

**Re: Finding of Fact on Fire Engineer Felicia Scroggins/Docket #10107.**

The Shreveport Municipal Fire and Police Civil Service Board met in its regular meeting on April 10, 2024. The Board voted the Fire Chief Acted in Good Faith for Cause, Reduce the Termination to a 45-day Suspension, monitor attendance monthly for 1 year and enroll in the Employee Assistance Program.

Therefore, according to the Civil Service Law R.S.33:2501 C. (1.), the Board hereby orders the Termination be reduced to a 45-day Suspension effective January 10, 2023, and ordered that the Fire Chief and/or his designee monitor Fire Engineer Felicia Scroggins' attendance monthly for 1 year and enroll her in the Employee Assistance Program.

If you need further information, please feel free to contact our secretary at (318) 673-6719.

Respectfully submitted,

*Chief Michael Covert*
Chief Michael Covert
Vice-Chairman, Civil Service Board

**CERTIFICATE**
I hereby certify the decision of the Shreveport Municipal Fire and Police Civil Service Board, held on the 10th day of April 2024, as mentioned above.

*Carol L. Nicholas*
Carol L. Nicholas
Secretary, Civil Service Board

cc: Attorney Billy Casey
Attorney Nichole Buckle
Attorney Pamela Jones

Caddo Parish
Filed May 09, 2024 12:16 PM
Kara Crawford
Deputy Clerk of Court
E-File Received May 09, 2024 11:27 AM
649950
A

EXHIBIT
A

alexisc CPCC.CV.4967303

# Notice of Filing

CITY OF SHREVEPORT
VS
SHREVEPORT MUNICIPAL FIRE AND POLICE CIVIL SERVICE BOARD, ET AL

NO. 649950 – A
STATE OF LOUISIANA
PARISH OF CADDO

FIRST JUDICIAL DISTRICT COURT

0511027425CAMGGGGGG7/0

THE STATE OF LOUISIANA, TO: SHREVEPORT MUNICIPAL FIRE AND POLICE CIVIL SERVICE BOARD
THRU CAROL NICHOLAS, SECRETARY
7300 MANSFIELD RD
SHREVEPORT, LA
71108

YOU ARE HEREBY NOTIFIED that on **MAY 9, 2024**,

FELICIA SCROGGINS herein, filed a

ANSWER TO APPEAL

a copy of which accompanies this notice.

CLERK'S OFFICE this date May 9, 2024.

**MIKE SPENCE, CLERK OF COURT**

PAMELA JONES
Attorney

By: ______________________
Deputy Clerk

A person seeking to contest the validity of a registered (child custody determination) order shall request a hearing within twenty days after service of the notice. LA RS 13:1827 Subpart D.

IF APPLICABLE:
Pursuant to LA R.S. 46:2135(J), if you are filing a petition for a temporary restraining order, regardless of whether the court grants the temporary restraining order, you have the right to initiate criminal proceedings as well. If your temporary restraining order is granted, criminal charges are not automatically filed against the defendant.

# FILE COPY

alexisc CPCC.CV.4967311

# Notice of Filing

CITY OF SHREVEPORT
VS
SHREVEPORT MUNICIPAL FIRE AND POLICE CIVIL SERVICE BOARD, ET AL

NO. 649950 – A
STATE OF LOUISIANA
PARISH OF CADDO

FIRST JUDICIAL DISTRICT COURT

THE STATE OF LOUISIANA, TO: CITY OF SHREVEPORT
THRU NICOLE BUCKLE, ATTY
6425 YOUREE DRIVE, STE 380
SHREVEPORT, LA
71105

YOU ARE HEREBY NOTIFIED that on **MAY 9, 2024**,

FELICIA SCROGGINS herein, filed a

ANSWER TO APPEAL

a copy of which accompanies this notice.

CLERK'S OFFICE this date May 9, 2024.

**MIKE SPENCE, CLERK OF COURT**

PAMELA JONES
Attorney

By: ______________________
Deputy Clerk

A person seeking to contest the validity of a registered (child custody determination) order shall request a hearing within twenty days after service of the notice. LA RS 13:1827 Subpart D.

IF APPLICABLE:
Pursuant to LA R.S. 46:2135(J), if you are filing a petition for a temporary restraining order, regardless of whether the court grants the temporary restraining order, you have the right to initiate criminal proceedings as well. If your temporary restraining order is granted, criminal charges are not automatically filed against the defendant.

**FILE COPY**

PLACED IN MINUTES

| | | |
|---|---|---|
| **CITY OF SHREVEPORT** | § | **NUMBER: <u>649,950 - A</u>** |
| **VERSUS** | § | **1st JUDICIAL DISTRICT COURT** |
| **SHREVEPORT MUNICIPAL FIRE AND POLICE CIVIL SERVICE BOARD AND FELICIA SCROGGINS** | § | **CADDO PARISH, LOUISIANA** |

**JUDGMENT**

This matter came before the Court on Monday, November 4, 2024 for hearing on the City of Shreveport's appeal and the Reconventional Demand by Felicia Scroggins Shreveport Fire Engineer for no discipline of the ruling of the Shreveport Municipal Fire and Police Civil Service Board ("Board") to reverse the termination of Felicia Scroggins to a 45 day suspension. Present in court were Nichole M. Buckle, Attorney for the City of Shreveport, Leon L. Emanuel, Ret. Judge for Felicia Scroggins, and Billy R. Casey, Attorney for the Shreveport Municipal Fire and Police Civil Service Board.

After reviewing the pleadings, the record, considering the arguments of counsel, the objections of counsel for the City of Shreveport and counsel for Felicia Scroggins being noted, and for reasons orally assigned,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Shreveport Municipal Fire and Police Civil Service Board acted in good faith for cause and the Board's April 10, 2024 ruling is **AFFIRMED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that each party bears their own costs.

**JUDGMENT RENDERED** in Open Court on the **<u>4th</u>** day of November 2024 and signed in Chambers at Shreveport, Caddo Parish, Louisiana on the 12th day of November 2024.

[signature]

**Hon. Ramon Lafitte, Judge**
**First Judicial District Court**

Carmouche

City

Caddo Parish
Filed Nov 07, 2024 4:50 PM
Breaneshia Thompson
Deputy Clerk of Court
E-File Received Nov 07, 2024 4:49 PM

649950 A

*Signatures Continue On Next Page!*
*11/07/2024*

PGS 5 EXH ____ MIN 1
CC 4 CRD w MAIL 4 N/J 3
INDEX ____ REC ____ FAX ____
W/D DOC ____ CERT MAIL ____
SERVICE ____

[signature]

APPROVED AS TO FORM and CONTENT:

CARMOUCHE, BOKENFOHR, BUCKLE & DAY

By: ______________________________

Nichole M. Buckle, LSBA #32113
One Bellemead Center
6425 Youree Drive, Suite 380
Shreveport, Louisiana 71105
Telephone: (318) 629-0014
Fax: (318) 404-1571
Email: Nikki@cbbd.law

Attorney For City of Shreveport

By: ______________________________

Leon L. Emanuel, LSBA #05341
P. O. Box 3588
Shreveport, Louisiana, 71133
Telephone: (318) 635-1077
Email: judgeretired22communication@gmail.com

Attorney For Felicia Scroggins

BILLY R. CASEY & ASSOCIATES, APLC

By: ______________________________

Billy R. Casey, LSBA #17931
900 Pierremont Road, Suite 107
Shreveport, Louisiana 71106
Telephone: (318) 688-1111
Fax: (318) 688-9743
Email: billy@caseylawlouisiana.com

Attorney For Shreveport Municipal Fire & Police Civil Service Board

JUDGMENT PREPARED BY ATTORNEY BILLY R. CASEY