**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

FELICIA SCROGGINS — CIVIL ACTION NO. 23-1549

VERSUS — JUDGE S. MAURICE HICKS, JR

CITY OF SHREVEPORT — MAGISTRATE JUDGE MCCLUSKY

**JUDGMENT**

Based on the foregoing Memorandum Ruling,

**IT IS ORDERED** that the Motion for Summary Judgment (Record Document 23) filed by Defendant, the City of Shreveport ("the City"), be and is hereby **GRANTED**. All of Plaintiff Felicia Scroggins's claims against the City be and are hereby **DISMISSED**.

The Clerk of Court is directed to close this case.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 30th day of October, 2025.

United States District Judge