RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
NOV 2 5 2025
DANIEL J. McCOY, CLERK
BY:

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA – SHREVEPORT DIVISION

FELICIA R. SCROGGINS PLAINTIFF

v.

CIVIL ACTION NO. 5:23-cv-01549-SMH-KDM

CITY OF SHREVEPORT

DEFENDANT

NOTICE OF APPEAL

NOTICE is hereby given that Plaintiff, Felicia R. Scroggins, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final Memorandum Ruling (Record Document 44) and Judgment (Record Document 45) entered on October 30, 2025, in the United States District Court for the Western District of Louisiana, Shreveport Division, in the above-captioned case, which granted Defendant's Motion for Summary Judgment and dismissed all of Plaintiff's claims with prejudice.

Plaintiff seeks review of all adverse rulings and orders merged into the final judgment, including but not limited to the Court's denial of a jury trial and its findings under the Americans with Disabilities Act, Title VII, and the Fourteenth Amendment Due Process Clause.

Respectfully submitted,

Felicia R. Scroggins
Pro Se Plaintiff
Civil Rights Advocate & Activist
9314 Sandalwood Drive
Shreveport, Louisiana 71118
(318) 349-8944
Email: frscroggins@gmail.com

Dated: November 25, 2025

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appeal has been served by email, upon:

Joseph S. Woodley
Email: jwoodley@padwbc.com

Marshall L. Perkins
Email: mperkins@padwbc.com

on this 25th day of November 2025.

Signature: ______________________
Felicia R. Scroggins